UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-99-0942 MAG |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S APPLICATION FOR WRIT OF CONTINUING GARNISHMENT** |
| TERRY DUCAN aka TERRY B. MANNING, | |
| Defendant, | **(Docket No. 8)** |
| and | |
| KAISER PERMANENTE, | |
| Garnishee. | |

Having reviewed the United States's application for writ of continuing garnishment, and having found that the application complies with the requirements of 28 U.S.C. § 3205, and for good cause shown, the Court hereby **GRANTS** the application.

///
///
///
///
///
///
///
///

The Clerk of the Court shall issue a writ of continuing garnishment to Kaiser Permanente as garnishee for the purpose of garnishing Defendant Terry Ducan's nonexempt disposable earnings. The form of the writ and service of the writ shall comply with § 3205.

IT IS SO ORDERED.

Dated: June 12, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge