1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA          NO.  C99-0942 MAG

11              Plaintiff,

    v.
12                                    STIPULATED
                                      GARNISHMENT ORDER
13  TERRY DUNCAN aka
    TERRY B. MANNING

14              Defendant,

15     and

16  KAISER PERMANENTE,

17          Garnishee.          /

18  _____

19       IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of

20  America, and Judgment Debtor, TERRY DUNCAN aka TERRY B. MANNING, that garnishee,

21  KAISER PERMANENTE, withhold $200.00 each month from Judgment Debtor's non-exempt

22  disposable income, until the entire judgment principal of $3,485.52, plus interest at the rate

23  of 4.732 % per annum on said principal, compounded annually pursuant to 11 USC §1961(b),

24  commencing judgment entry date of April 13, 1999, minus payments made for total interest

25  through and including June 17, 2008, in the amount of $29.29, plus interest at the rate of

26  4.732 % per annum compounded annually on April 13 on principal of $3,485.52  from June

27  17, 2008, until the entire judgment balance has been paid in full or until the garnishee no

28  longer has custody, possession or control of any property belonging to the debtor or until

STIPULATED GARNISHMENT ORDER, US v. TERRY DUNCAN aka TERRY B. MANNING, CAND # C99-00942MAG  1

1   further Order of this court.

2       IT IS HEREBY FURTHER STIPULATED that KAISER PERMANENTE, Garnishee,

3   immediately remit to the United States Department of Justice the above mentioned payments.

4       IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the

5   U.S. Department of Justice, and be mailed to the Department of Justice, Central Intake

6   Facility, P.O. Box 70932, Charlotte, NC, 28272-0932, referencing the judgment debtor's CDCS

7   Claim number 1999B47761 on each check for posting purposes.

8       By her signature hereafter, TERRY DUNCAN aka TERRY B. MANNING acknowledges

9   that she has read, understands and waives all of her rights under the CLERK'S NOTICE OF

10   POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS TO DEFENDANT; REQUEST

11   FOR HEARING FORM; OBJECTION TO GARNISHEE'S ANSWER AND REQUEST FOR

12   HEARING FORM; NOTICE ON HOW TO CLAIM EXEMPTION; CLAIM FOR EXEMPTION

13   FORM and the WRIT OF CONTINUING GARNISHMENT and the APPLICATION FOR WRIT

14   OF CONTINUING GARNISHMENT in exchange for the herein payment stipulation.

15       IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title

16   28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a

17   judge of the United States District Court and consent to have a United States magistrate judge

18   conduct any and all further proceedings in the case, including trial, and order the entry of a final

19   judgment. It is understood that any appeal from a judgment entered by a magistrate judge will

20   be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner

21   as an appeal from any other judgment of a District Court.

22   Dated: June 17, 2008

Michael Cosentino, Counsel for United States

24   Dated:

TERRY DUNCAN aka TERRY B. MANNING

25

**IT IS SO ORDERED.**

27   Dated:

UNITED STATES MAGISTRATE JUDGE

28

STIPULATED GARNISHMENT ORDER, US v. TERRY DUNCAN aka TERRY B. MANNING, CAND # C99-00942MAG   2